

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

William W. Frey, Appellant

No. 06-13-00086-CV      v.

Donnie Foster, Sheriff of Fannin County,
Fannin County, Dr. Jagdish Shah,
Community Education Centers, Inc.,
Appellees

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-12-
40619).   Memorandum Opinion delivered
by Justice Moseley, Chief Justice Morriss
and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed. Therefore, we dismiss the appeal.

We note that the appellant, William W. Frey, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 14, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk